# Court of Appeals
# of the State of Georgia

ATLANTA,  October 14, 2015

*The Court of Appeals hereby passes the following order:*

**A16D0055. ERIC DAVIS v. PROGRESSIVE CORPORATION.**

Eric Davis filed a "Petition for Arbitration (Tort)" in DeKalb County against Progressive Corporation, seeking damages for injuries he sustained in a motorcycle accident. On November 14, 2014, the trial court denied the filing under OCGA § 9-15-2 (d) after finding that the proposed complaint showed a complete absence of any justiciable issue of law or fact. Davis filed this application for discretionary appeal on August 12, 2015.[1] We lack jurisdiction.

An order denying filing under OCGA § 9-15-2 (d) is not in and of itself subject to the discretionary appeal procedure requirements of OCGA § 5-6-35. See *In re Lawsuits of Carter*, 235 Ga. App. 551 (510 SE2d 91) (1988). Moreover, no provision of subsection (a) of OCGA § 5-6-35 appears to be applicable to this case. The order, therefore, was directly appealable.

Ordinarily, when a party applies for discretionary review of a directly appealable order, we grant the application under OCGA § 5-6-35 (j). To fall within this general rule, however, the application must be filed within 30 days of entry of the order or judgment to be appealed. OCGA § 5-6-35 (d); *Hill v State*, 204 Ga. App. 582 (420 SE2d 393) (1992). Davis filed his application 271 days after entry of the order at issue here.

---

[1] The application was filed in the Supreme Court, which transferred it to this Court.

Accordingly, the application is untimely, and it is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*  10/14/2015
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*